FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

2012 SEP 18 PM 3: 32

JEFFREY P. COLWELL
CLERK

Civil Action No. '12 – CV – 0 2 4 8 3

(To be supplied by the court)

Kpodon Patterson _____ , Plaintiff,

v.

Saint Joseph's Hospital _____ ,

Sisters of Charity Leavenworth

Sisters of Charity Health System

Exempla Health Care _____ ,

Kaiser Perme _____ ,

others to be added or named related to this case

_____ ;

_____ , Defendant(s).

✱ Please see BY DEP. CLK
attachment
FOR ADDITIONAL
LIST OF
DEFENDANTS

(List each named defendant on a separate line.)

---

**COMPLAINT**

---

Medical Mal Practice resulting in Infection,
Hip Surgery, Broken rubber tube in the hip / needle,
Pain - Suffering, numerous after problems

(Rev. 07/06)

Kpodon Patterson

(ATTACHMENT of Defendants)

Kpodon Patterson
4904 Freeport Way
Denver, CO 80239
J. paul
9/1/2012

.298

List of Defendants Addresses
(continued)

#3. Defendant Sisters of Charity Leavenworth is a citizen of The United States who live(s) at or is/are located at the following address 4200 South Fourth Street Leavenworth, KS

Phone # 913-682-7500

66048-5054

#4. Defendant Sisters of Charity Health System is a citizen of The United States who live(s) at or is/are located at the following address

SCL Health System
2420 West 26th Ave  Suite 100-D
Denver, CO 80211  Phone # 303-813-5190

#5. Defendant Kaiser Permanente is a citizen of The United States who live(s) at or is/are located at 10350 E. Dakota Ave Denver, CO 80231

Phone # 303-338-3800

#6. others to be added/named as they relate to this case
Kpodon Patterson

ATTACHMENT                                        9/1/2012

LIST OF DEFENDANTS.                                      398

Form USM-285/United States Marshals Service Process Receipt and Return

To obtain these forms, contact the office of the Clerk of the Court:
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO  80294-3589
303/844-3433

# list of Defendants

1) St Josephs Hospital

2) Exempla Health care

3) Sisters of Charity   Leavenworth

4) Sisters of charity   Health System

5) Kaiser Permanente

6) others to Be added as they
relate to this case

(Rev. 07/06)

Kpodon Patterson

4 of 8

## PARTIES

1.  Plaintiff __Kpodan Patterson__ is a citizen of __Denver, CO - (U.S.)__
    who presently resides at the following address:
    __4904 Freeport Way Denver, CO 80239__

2.  Defendant __St. Joseph's Hospital__ is a citizen of __United States__
    who live(s) at or is/are located at the following address:

    Phone # (303-837-7111)

    __1835 Franklin St. Denver, CO 80218__

3.  Defendant __Exempla Healthcare__ is a citizen of __United States__
    who live(s) at or is/are located at the following address:

    Phone # (303-813-5000)

    __2420 W. 26th Ave Ste. 100-D Denver, CO 80211__

    (Attach a separate page, if necessary, to list additional parties.)

    2420 W. 26th Ave Ste. 100 D Denver, CO 80211

## JURISDICTION

4.  Jurisdiction is asserted pursuant to following statutory authorities:

    _____

    _____

    _____

5.  Briefly state the background of your case:

    I am filing this lawsuit in regards to a medical malpractice case in which St. Josephs Hospital used a contaminated needle on me resulting in a infection in my right hip leading to surgery also leading to a rubber drainage tube /needle being left/broken in my right leg/hip, also for numerous after problems from the overall entirety of the infection causing and resulting in surgery, loss of physical/mental health, my job, finances, physical/mental/emotional/financial stress. All defendants named are a part of this case either during/leading upto/or after the infection

Kpodan Patterson

(Rev. 07/06)

5 of 8

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. I am requesting relief of waiver of <sup>all</sup> fees/ charges because the only income I recieve is Social Security Disability in the ammount of $1,100 a month. I recieve social Security Disability as a result of the Complaint in this lawsuit

(Rev. 07/06)                                        3

Kpodon Patterson

6 of 8

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Kpodon  Patterson

7 of 8

# THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Kpodon  Patterson

8 of 8

# REQUEST FOR RELIEF

Plaintiff requests the following relief:

Waiver of all billing and any applicable
Summon charges / fees.

Date: 9/1/2012

_____
(Plaintiff's Original Signature)

4904 Freeport Way
(Street Address)

Denver, CO  80239
(City, State, ZIP)

(H) 303-371-0268   (C)  720-298-7151
(Telephone Number)

Kpodon Patterson