IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02483-LTB

KPODON PATTERSON,

Plaintiff,

v.

SAINT JOSEPH'S HOSPITAL,
SISTERS OF CHARITY LEAVENWORTH,
SISTERS OF CHARITY HEALTH SYSTEM,
EXEMPLA HEALTH CARE, and
KAISER PERME,

Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 9, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 9 day of January, 2013.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/ S. Grimm
Deputy Clerk